### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-1092 DAE ) |
| WELLPATH, LLC, | ) JURY TRIAL DEMAND ) |
| Defendant. | ) |

### PARTIES' JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

NOW COMES Plaintiff, Equal Employment Opportunity Commission ("Plaintiff"), and Defendant, Wellpath, LLC, ("Defendant"), in the above numbered cause, and file this Alternative Dispute Resolution Report in compliance with Local Rule CV-88 and the Court's Scheduling Order.

### I.   STATUS OF SETTLEMENT NEGOTIATIONS

Prior to the filing of this lawsuit, the parties attempted unsuccessfully to conciliate the charge underlying this action. The Parties will exchange settlement offers in accordance with the Court's Scheduling Order. The Parties will continue in their good-faith efforts to resolve this lawsuit.

### II.   IDENTITY OF PERSONS RESPONSIBLE FOR SETTLEMENT NEGOTIATIONS

The Acting Regional Attorney of the EEOC's Dallas District Office, Suzanne Anderson, has been delegated authority by the EEOC's Office of General Counsel to negotiate a settlement in this case. The Trial Attorney assigned to the case, Philip Moss, is responsible for the day-to-day settlement negotiations, and along with Supervisory Trial Attorney Eduardo Juarez, has been

delegated settlement authority by the Regional Attorney for the purposes of mediation or court-ordered settlement conferences. Defendant Wellpath, LLC's corporate representative with authority to negotiate and its counsel, Mark E. Stamelos and Buena Vista Lyons of FordHarrison LLP, are responsible for settlement negotiations on Defendant's behalf.

### III. APPROPRIATENESS OF ALTERNATIVE DISPUTE RESOLUTION

The Parties believe that they should engage in good-faith efforts to resolve this dispute between themselves early in the litigation. Should those efforts fail, the Parties agree to consider participating in alternative dispute resolution in the form of non-binding mediation. Should the parties agree to mediate, they will engage in good faith discussions to mutually agree on a mediator experienced in resolving employment-related disputes. If the parties decide to mediate, a supplement to this report will be filed and the fees for mediation would be split equally between the parties unless otherwise agreed.

## IV. CERTIFICATION OF COUNSEL

The undersigned counsel certifies that they are aware of the ADR procedures available in this district.

Respectfully submitted,

| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |
|---|---|
| s/Mark E. Stamelos<br>Buena Vista Lyons<br>Texas Bar No. 00797630<br>vlyons@fordharrison.com<br><br>**FORD HARRISON LLP**<br>1601 Elm Street, Suite 4450<br>Dallas, Texas 75201<br>Telephone: (214) 256-4700<br>Facsimile: (214) 256-4701<br><br>Mark E. Stamelos<br>Tennessee Bar No. 021021<br>*Admitted Pro Hac Vice*<br><br>**FORDHARRISON LLP**<br>150 3rd Avenue South<br>Suite 2010<br>Nashville, Tennessee 37201<br>Telephone: (615) 574-6700<br>Facsimile: (615) 574-6701<br>mstamelos@fordharrison.com<br><br>*Counsel for Defendant* | s/Philip Moss (w/permission)<br>PHILIP MOSS<br>Trial Attorney<br>Texas State Bar No. 24074764<br>E-Mail: philip.moss@eeoc.gov<br><br>EDWARD JUAREZ<br>Supervisory Trial Attorney<br>Texas Bar No. 24014498<br>E-mail: eduardo.juarez@eeoc.gov<br><br>**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br>San Antonio Field Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, Texas 78229-3555<br>Telephone: (210) 640-7570<br>Facsimile: (210) 281-7669<br><br>*Counsel for Plaintiff EEOC* |