# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| MALINDA BABINEAUX, | ) )  Civil Action No. 5:20-cv-1092-DAE |
| Intervenor-Plaintiff, | ) ) ) |
| vs. | ) ) |
| WELLPATH, LLC, | ) ) ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Equal Employment Opportunity Commission ("EEOC"), Intervenor Malinda Babineaux ("Intervenor"), and Defendant Wellpath, LLC ("Wellpath"), to notify the Court that the parties have jointly reached a settlement in this case and are in the final stages of submitting settlement documents to the Court. The Parties will submit a Joint Motion to Enter Consent Decree by no later than January 28, 2021.

Respectfully submitted this 17th day of December 2020.

Respectfully submitted,

*/s/ Mark E. Stamelos s/w/p*
_____
Mark E. Stamelos
Tennessee Bar No. 021021
*Admitted Pro Hac Vice*

**FORDHARRISON LLP**
150 3rd Avenue South
Suite 2010
Nashville, Tennessee 37201

Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com

*Counsel for Defendant*

**ATTORNEYS FOR PLAINTIFF**

ROBERT CANINO
Regional Attorney
Oklahoma State Bar No. 011782

EDWARD JUAREZ
Supervisory Trial Attorney
Texas State Bar No. 24019498
E-mail: eduardo.juarez@eeoc.gov

*/s/ Philip Moss*
_____

PHILIP MOSS
Trial Attorney
Texas State Bar No. 24074764
E-Mail: philip.moss@eeoc.gov


**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 640-7570
Facsimile: (210) 281-7669

*Counsel for Plaintiff EEOC*

*/s/ Zeba Huq s/w/p*
_____

James A. Sonne
Zeba Huq
Stanford Law School
Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 723-1422
Facsimile: (650) 723-4426
jsonne@law.stanford.edu

Heather Gebelin Hacker
Texas State Bar No. 24103325
Andrew B. Stephens
Texas State Bar No. 24079396
HACKER STEPHENS LLP
108 Wild Basin Road South, Suite 250
Austin, TX 78746
Tel: (512) 399-3022
heather@hackerstephens.com

*Counsel for Intervenor-Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

        Mark E. Stamelos
        Tennessee Bar No. 021021
        *Admitted Pro Hac Vice*
        FORDHARRISON LLP
        150 3rd Avenue South
        Suite 2010
        Nashville, Tennessee 37201
        Telephone: (615) 574-6700
        Facsimile: (615) 574-6701
        mstamelos@fordharrison.com

        James A. Sonne
        Zeba Huq
        Stanford Law School
        Religious Liberty Clinic
        559 Nathan Abbott Way
        Stanford, CA 94305
        Telephone: (650) 723-1422
        Facsimile: (650) 723-4426
        jsonne@law.stanford.edu

        s/ Philip Moss
        Attorney for Plaintiff